## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

In re

**UNCLE NEAREST, INC.**          **Case No. 3:26-bk-30470-SHB**

**Debtor**                                          **Chapter 11**

### <u>NOTICE OF APPEAL</u>

Comes Counsel for the Debtor, and pursuant to 28 U.S.C. § 158(a) and Rule 8002 of the Federal Rules of Bankruptcy Procedure and hereby appeals from the Order [Doc. No. 48] entered on March 19, 2026, by Bankruptcy Judge Suzanne H. Bauknight in this bankruptcy case by which the Bankruptcy Court granted the Receiver's Expedited Motion to

1.  Dismiss Bankruptcy Cases or, in the Alternative to Recognize Receiver as Authorized Representative of the Debtors [Doc 8]; and

2.  Motion to Dismiss Bankruptcy Cases or, in the Alternative, Appoint Phillip G. Young, Jr. as Chapter 11 Trustee [Doc 25].

The names of all parties to the Order appealed from are as follows:

Party:          Phillip G. Young, Jr., Receiver
Attorney:     Justin T. Campbell, Esq.
                    Thompson Burton PLLC
                    1801 West End Avenue, Suite 1550
                    Nashville, TN  37203

Party:          Farm Credit Mid-America, PCA
Attorneys:   Erika R. Barnes
                    Stites & Harbison PLLC
                    401 Commerce St., Suite 800
                    Nashville, TN  37219

                    Dairanetta S. Spain, Esq.
                    McGuirewoods LLP
                    845 Texas Ave., Suite 2400
                    Houston, TS 77002

                    M. Alexandra Shipley, Esq.
                    McGuirewoods LLP
                    77 West Wacker Drive, Suite 4100

Chicago, IL 60601

Dated: March 20, 2026

s/ *Kelli D. Holmes*
Kelli D. Holmes (042256)
Lynn Tarpy (006017)
Attorney for the Debtor
Tarpy, Cox, Fleishman & Leveille, PLLC
1111 N. Northshore Drive, Suite N-290
Knoxville, Tennessee  37919
(865) 588-1096
kholmes@tcflattorneys.com
ltarpy@tcflattorneys.com