## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TENNESSEE

Uncle Nearest, Inc.

      Plaintiff,

v.

Phillip G. Young, Jr.; and
Farm Credit Mid-America, PCA

      Defendant.

Case No. 3:26-CV-00135

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for Farm Credit Mid-America, PCA    ,

moves for admission to appear in this action *pro hac vice.*

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

[✔] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

    Oklahoma & Illinois

[✔] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

## OR

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 03/25/2026

(Signature- hand signed)

Name: Mary Alexandra Shipley

Firm: McGuireWoods LLP

Address: 77 W. Wacker Dr.
Suite 4100
Chicago, IL 60601

Email address: AShipley@mcguirewoods.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.