# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

Uncle Nearest, Inc.

    Plaintiff,

v.

Phillip G. Young, Jr.; and
Farm Credit Mid-America, PCA

    Defendant.

Case No. 3:26-CV-00135

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for **Farm Credit Mid-America, PCA** ,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

- [✔] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

  **Tennessee & Texas**

- [✔] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

### OR

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

- [ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **03/25/2026**

_____
(Signature–hand signed)

Name: **Dairanetta S. Spain**

Firm: **McGuireWoods LLP**

Address: **Texas Tower
845 Texas Ave., Suite 2400
Houston, TX 77002**

Email address: **dspain@mcguirewoods.com**

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.