Uncle Nearest, Inc.

        Plaintiff,

v.                            Case No. **3:26-CV-00135**

Phillip G. Young, Jr., et. al.

        Defendant.


## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for **Farm Credit Mid-America, PCA** ,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

[✔] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

   **Texas and New York**

[✔] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

### OR

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **April 21, 2026**

_____
(Signature–hand signed)

Name: **Demetra Liggins**

Firm: **McGuireWoods LLP**

Address: **Texas Tower**
        **845 Texas Ave., Suite 2400**
        **Houston, TX 77002**

Email address: **dliggins@mcguirewoods.com**

**Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.**