# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

In Re:

Uncle Nearest, Inc.

Debtor(s)

Bankruptcy Case No.: 3:26-bk-30470-SHB

Chapter: 11

## TRANSMITTAL OF RECORD ON APPEAL
## TO THE UNITED STATES DISTRICT COURT

NOTICE OF APPEAL:

Date Filed: 3/20/2026      Docket Entry No.: 49, 51

Filed By: Uncle Nearest, Inc.

Attorney: Kelli Danielle Holmes

Filing Fee: $298.00

ORDER/JUDGMENT BEING APPEALED:

Order Entered: 3/19/2026      Docket Entry No.: 48

DESIGNATIONS:

Appellant Designation Filed: 4/3/2026      Docket Entry No.: 83

Appellee Designation Filed: 4/16/2026, 4/17/2026      Docket Entry No.: 86, 87

The record on appeal is available electronically via CM/ECF.

Dated: 4/29/2026

Christopher Call
Clerk of the Bankruptcy Court

By: tlf

Deputy Clerk