**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **UNCLE NEAREST, INC.,** | ) | **Case No. 3:26-bk-30470-SHB** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

**APPELLEE RECEIVER PHILLIP G. YOUNG, JR.'S DESIGNATION OF
ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL**

Comes now, Appellee Phillip G. Young, Jr., Receiver, pursuant to Rule 8009 of the
Federal Rules of Bankruptcy Procedure, and hereby designates the following additional
items to be included in the record on Uncle Nearest, Inc.'s appeal of the Bankruptcy Court's
Order Dismissing the Bankruptcy Case (Doc. 48) entered in the above captioned case on
March 19, 2026.

**DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE
RECORD ON APPEAL**

| Date | Docket No. | Description |
|---|---|---|
| 3/17/2026 | 1 | Ch. 11 Voluntary Petition and Schedules |

Dated this 16th of April, 2026.

Respectfully submitted,

/s/ Justin T. Campbell
Justin T. Campbell, Tn. Bar No. 31056
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, Tennessee 37203
Voice: (615) 465-6015
Fax:    (615) 807-3048
Justin@thompsonburton.com

*Counsel for Receiver*

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been served via the Court's ECF system and served via United States Mail and electronic mail on the following parties:

Lynn Tarpy
Kelli D. Holmes
Tarpy, Cox, Fleishman & Leveille, PLLC
Landmark Center North Tower
1111 N. Northshore Drive, Suite N-290
Knoxville, TN 37919
Ltarpy@tcflattorneys.com
kholmes@tcflattorneys.com

/s/ Justin T. Campbell
Justin T. Campbell

2