**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| UNCLE NEAREST, INC., | ) | |
| | ) | |
| *Appellant*, | ) | Case No. 3:26-cv-135 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| | ) | Magistrate Judge Poplin |
| PHILLIP YOUNG, *et al.*, | ) | |
| | ) | |
| *Appellees*. | ) | |

# JUDGMENT ORDER

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously herewith, the Bankruptcy Court is **AFFIRMED**. There being no more matters to resolve, the Clerk is respectfully **DIRECTED** to close the file.

**SO ORDERED**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

**ENTERED AS A JUDGMENT**
*/s/ LeAnna Wilson*
LeAnna Wilson
CLERK OF COURT